167 A.3d 659

STATE OF NEW JERSEY, PLAINTIFF, v.
ISAAC A. YOUNG, DEFENDANT.

May 5, 2017

ORDER

It is ORDERED that the motion of the New Jersey Department of Children and Families for leave to appear amicus curiae is granted, limited solely to the filing of the brief that accompanied the motion.

167 A.3d 659

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v. JAMES E. JONES, DEFENDANT, AND LIKISHA JONES, DEFENDANT–CROSS–PETITIONER, AND GODFREY J. GIBSON, DEFENDANT.

May 5, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–3600/4230–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted; and it is further

ORDERED that the cross-appellant may serve and file a supplemental brief on or before July 5, 2017, and cross-respondent may serve and file a supplemental brief forty-five (45) days after the filing of cross-appellant's supplemental submission, or, if cross-

appellant declines to file such a submission, on or before August 21, 2017.

167 A.3d 659

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v. JAMES E. JONES, DEFENDANT–CROSS–PETITIONER, AND LIKISHA JONES, DEFENDANT, AND GODFREY J. GIBSON, DEFENDANT.

May 5, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–3600/4230–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted; and it is further

ORDERED that the cross-appellant may serve and file a supplemental brief on or before July 5, 2017, and cross-respondent may serve and file a supplemental brief forty-five (45) days after the filing of cross-appellant's supplemental submission, or, if cross-appellant declines to file such a submission, on or before August 21, 2017.